# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:

DUPLESSIE, JAY KEVIN                           CASE NO. 17-18024-KHT
                                               CHAPTER 13
              DEBTOR.

---

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN
## PURSUANT TO 9013-1.1

---

### OBJECTION DEADLINE: OCTOBER 30, 2019

NOTICE IS HEREBY GIVEN that Debtor Jay Kevin Duplessie has filed a Motion to Modify Chapter 13 Plan with the court and requests the following relief:

1.   Debtor asks that the Court enter an Order Modifying Debtor's Confirmed Chapter 13 Plan.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

                                               Respectfully submitted,

Dated: October 9, 2019                         /s/ *Nathan B. Kennedy*
                                               Nathan B. Kennedy
                                               6105 S. Main Street, Suite 200
                                               Aurora, Colorado 80016
                                               (720) 277-0106
                                               nathan@nbkennedy.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2019, a true and correct copy of the NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN was filed and served via CM/ECF or United States Mail to the following parties:

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Suite 120
Denver, CO 80237

Barrett Frappier & Weisserman LLP
4004 Belt Line Road
Ste 100
Addison, TX 75001

Jay Kevin Duplessie
1547 S. Haleyville Street
Aurora, CO 80018

Synchrony Bank
℅ PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

US Trustee

*Nathan B. Kennedy*
Nathan B. Kennedy
