UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                               CASE NO. 17-18024-KHT
DUPLESSIE, JAY KEVIN

                                                                                               CHAPTER 13

                DEBTOR(S)

---

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

---

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

   A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $1,273.00 per month.

   B. The total paid into the Plan through June 30, 2020 is $36,218.00, the last payment having been received by the Trustee on June 18, 2020.

   C. Payment of $3,356.00 is required to be current through June 30, 2020.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.

Dated: June 30, 2020                                                          By: /s/ Karen Perse
                                                                                     Karen Perse
                                                                                     *for* Douglas B. Kiel, Chapter 13 Trustee
                                                                                     7100 E Belleview Ave Suite 300
                                                                                     Greenwood Village, Co 80111
                                                                                     (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                  CASE NO. 17-18024-KHT
DUPLESSIE, JAY KEVIN

                                                            CHAPTER 13

DEBTOR(S)

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: July 21, 2020

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

Trustee seeks dismissal of the Chapter 13 case due to non-payment.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: June 30, 2020                                        By: /s/ Karen Perse
                                                                                        Karen Perse
                                                                                        *for* Douglas B. Kiel, Chapter 13 Trustee
                                                                                        7100 E Belleview Ave Suite 300
                                                                                        Greenwood Village, Co 80111
                                                                                        (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                               CASE NO. 17-18024-KHT
DUPLESSIE, JAY KEVIN

CHAPTER 13

DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss , and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on June 30, 2020.

BARRETT FRAPPIER & WEISSERMAN LLP
4004 BELT LINE RD
STE 100
ADDISON, TX 75001

JAY KEVIN DUPLESSIE
1547 S HALEYVILLE ST
AURORA, CO 80018

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541

Notice by Electronic Transmission was sent to the following persons/parties:

COLORADO LAW GROUP                            NATHAN B KENNEDY & ASSOCIATES LLC

DATED: June 30, 2020                                /s/ Madison Mills
                                                                             Madison Mills